175 A.3d 151

**LAMSON, Bernadette Fowler**

v.

**MONTGOMERY COUNTY**

**Pet. Docket No. 323, Sept. Term, 2017**

Court of Appeals of Maryland.

December 18, 2017

Opinion of the Court of Special Appeals unreported (No. 892, Sept.Term, 2016).

Petition for writ of certiorari granted. Transferred to the regular docket as No. 67, Sept.Term, 2017.

■

175 A.3d 151

**SVF RIVA ANNAPOLIS**

v.

**GILROY, Maureen Elizabeth**

**Pet. Docket No. 321, Sept. Term, 2017**

Court of Appeals of Maryland.

December 18, 2017

Petition for writ of certiorari granted. Transferred to the regular docket as No. 66, Sept.Term, 2017.